James B. Stoetzer, ASBA No. 7911130
Andrea E. Girolamo-Welp, ASBA No. 0211044
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:    907.277.9511
Facsimile:    907.276.2631
Email: stoetzerj@lanepowell.com
Email: girolamoa@lanepowell.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINDA A. MILLER, | |
| Plaintiff, | |
| v. | |
| OSI COLLECTION SERVICES, INC., an Alaskan corporation; THOMAS BURKE WONNELL, R. SHADDY; SHEILA CRUMP; CHRIS KOSBRUK; JOHN DOE; an individual; and DOES 2 THROUGH 10 inclusive, | Case No. 3:07-CV-00084 JWS **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

COME NOW, the parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., and stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees. In accordance with Rule 41(a)(1)(A), such dismissal shall be effective upon filing of this stipulation and without further order of court.

**LANE POWELL LLC**
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

COOK & ASSOCIATES
Attorneys for Plaintiff

Dated:  January 3, 2008

By s/ Tim O. Cook (w/consent)

   Cook & Associates
   3901 Taiga Drive
   Anchorage, Alaska 99516
   Tel:   907-336-5291
   Fax**:**  907-336-5292
   Email tcook@acsalaska.net
   ASBA No. 9007048

LANE POWELL LLC
Attorneys for Defendants OSI Collection Services,
Inc. and Thomas Burke Wonnell

Dated:  January 3, 2008

By s/ Andrea E. Girolamo-Welp

   301 West Northern Lights Boulevard, Suite 301
   Anchorage, Alaska 99503-2648
   Tel:   907-277-9511
   Fax:   907-276-2631
   Email GirolamoA@LanePowell.com
   ASBA No. 0211044

I certify that on January 3, 2008, a copy of the
foregoing was served by ECF on the following:

Tim Cook, tcook@acsalaska.net

 s/ Andrea E. Girolamo-Welp

112608.0098/162543.1

**LANE POWELL** LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Stipulation for Dismissal With Prejudice**
*Miller v. OSI Collection Services, Inc., et al.* (Case No. 3:07-cv-0084 JWS)